1       UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF LOUISIANA

3  **************************************************************

4

 UNITED STATES OF AMERICA

5
           DOCKET NO. 07-8 "J"
6 V.         NEW ORLEANS, LOUISIANA
           WEDNESDAY, MAY 16, 2007, 1:30 P.M.
7
 VIRGIL ARD, JR., ET AL
8
  **************************************************************
9

10       TRANSCRIPT OF PROCEEDINGS
   HEARD BEFORE THE HONORABLE CARL J. BARBIER
11     UNITED STATES DISTRICT JUDGE

12

13 APPEARANCES:

14

15 FOR THE PLAINTIFF:  U. S. ATTORNEY'S OFFICE
        BY:  MAURICE LANDRIEU, ESQUIRE
16        500 POYDRAS STREET, ROOM 210
        NEW ORLEANS LA  70130
17

18 FOR THE DEFENDANT:  HARRY J. BOYER, JR.
        ATTORNEY AT LAW
19        810 BIENVILLE STREET, SUITE 419
        NEW ORLEANS LA 70112
20

21

22 OFFICIAL COURT REPORTER: CATHY PEPPER, CCR, RPR, CRR
         500 POYDRAS STREET, ROOM B406
23         NEW ORLEANS, LOUISIANA 70130
         (504) 589-7779
24

 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25 PRODUCED BY COMPUTER.

1          **P-R-O-C-E-E-D-I-N-G-S**

2              WEDNESDAY, MAY 16, 2007

3          A F T E R N O O N   S E S S I O N

4             (COURT CALLED TO ORDER)

5

6          THE DEPUTY CLERK:  All rise.

7          THE COURT:  Good afternoon, everyone.  Be seated.  Call

8    the first matter.

9          THE DEPUTY CLERK:  Criminal Action #07-8, *United States*

10   *of America versus Virgil Ard.*

11         MR. BOYER:  Good afternoon, Your Honor.  Harry Boyer on

12   behalf of Mr. Ard.

13         MR. LANDRIEU:  Maurice Landrieu on behalf of the

14   United States, Your Honor.

15         THE COURT:  Mr. Virgil Ard, sir, you are the defendant

16   in this case?

17         THE DEFENDANT:  Yes, sir.

18         THE COURT:  All right.  I'm going to need to ask you a

19   series of questions here this afternoon, and your answers must be

20   under oath, so I'll ask my case manager to swear you in at this

21   time.

22         THE DEPUTY CLERK:  Please raise your right hand.

23         (WHEREUPON, the defendant, after first being duly sworn

24   by the Deputy Clerk, testified on his oath as follows:)

25         THE COURT:  All right.  Mr. Ard, have you received a

1    copy of the indictment containing the charges against you, sir?

2            THE DEFENDANT:  Yes, sir.

3            THE COURT:  It's my understanding you're here this

4    afternoon because you wish to plead guilty to Counts 1 and 3 of

5    this indictment; is that accurate?

6            THE DEFENDANT:  Yes, sir.

7            THE COURT:  All right.  As I said, before I decide

8    whether to accept your plea, I need to ask a series of questions.

9    If you don't understand any of my questions, I want you to stop

10   me, and I'll try to rephrase or restate the question for you,

11   okay?

12           THE DEFENDANT:  Yes, sir.

13           THE COURT:  You have the right to be represented by an

14   attorney here today, of course, and if you need a moment to speak

15   with your attorney about any of these questions, you can let me

16   know that, and I'll give you a chance to do that.  All right?

17           THE DEFENDANT:  Yes, sir.

18           THE COURT:  Do you understand, sir, that you're now

19   giving your answers under oath in an open court, and it's

20   important that your answers be truthful because, otherwise, the

21   government could come back at a later date and file additional

22   charges against you for perjury or making false statements?

23           THE DEFENDANT:  Yes, sir.

24           THE COURT:  How old are you, sir?

25           THE DEFENDANT:  35.

1          THE COURT:  35.  And how far did you go in school?

2          THE DEFENDANT:  Four years of college.

3          THE COURT:  So obviously you can read and write the

4     English language okay?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  Have you had any narcotic drugs, medicines,

7     pills, or alcoholic beverages to drink in the past 24 hours?

8          THE DEFENDANT:  No, sir.

9          THE COURT:  Are you under the care of a doctor or

10    physician for any reason at this time?

11         THE DEFENDANT:  No, sir.

12         THE COURT:  Mr. Boyer, have you had enough time to talk

13    to your client and discuss with him the nature of the charges and

14    any possible defenses?

15         MR. BOYER:  Yes, I have, Your Honor.

16         THE COURT:  And are you satisfied with his competency to

17    plead here this afternoon?

18         MR. BOYER:  I am so satisfied.

19         THE COURT:  Mr. Ard, have you had enough time from your

20    perspective to fully discuss your case and any possible defenses

21    with your attorney?

22         THE DEFENDANT:  Yes, sir.

23         THE COURT:  And are you satisfied with the services of

24    your attorney?

25         THE DEFENDANT:  Yes, sir.

1          THE COURT:  All right.  Does the defense wish to have

2    the indictment formally read?

3          MR. BOYER:  No, sir.  We would waive any formal reading.

4    We've read it several times.

5          THE COURT:  Thank you.  Mr. Ard, do you understand you

6    do not have to plead guilty here today?

7          THE DEFENDANT:  Yes, sir.

8          THE COURT:  In other words, if you wanted to you could

9    maintain your not-guilty plea, and in that case your case would

10   proceed to trial if you wanted to?

11         THE DEFENDANT:  Yes, sir.

12         THE COURT:  Do you also understand if you do plead

13   guilty and I accept your plea, that means you will not be

14   entitled to a trial of any kind, and the government will not be

15   required to prove that you are guilty?

16         THE DEFENDANT:  Yes, sir.

17         THE COURT:  So by pleading guilty then, you're waiving

18   or giving up your right to a trial, and by that I mean a trial by

19   a jury of 12 persons who would have to unanimously agree before

20   you could be found guilty; do you understand that, sir?

21         THE DEFENDANT:  Yes, sir.

22         THE COURT:  Let me explain some other constitutional

23   rights that go along with the right to a trial so I can be sure

24   you understand what you're giving up if you plead guilty, okay?

25              Of course, you have the right to be represented by

1  an attorney throughout these proceedings, including a trial, of
2  course, and that would be an attorney either privately retained
3  and paid for by yourself or appointed by the Court if you could
4  not afford one.  Do you understand that right?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  You have a right to remain silent.  Do you
7  understand that?

8          THE DEFENDANT:  Yes, sir.

9          THE COURT:  At trial, the government would be required
10 to confront you with witnesses and evidence upon which it relies
11 to obtain a conviction.  Through your attorney you would have the
12 right to cross-examine those witnesses or that evidence.  Do you
13 understand that?

14         THE DEFENDANT:  Yes, sir.

15         THE COURT:  Also at trial, you would be presumed
16 innocent until such time, if ever, the government was able to
17 overcome that presumption and prove your guilt beyond any
18 reasonable doubt.  Do you understand that, sir?

19         THE DEFENDANT:  Yes, sir.

20         THE COURT:  And also at trial, you would be entitled to
21 use what's called *compulsory process* to call witnesses, and that
22 means without any cost to you, you could ask the Court to send
23 out subpoenas to require other persons to come to court on your
24 behalf.  Do you understand?

25         THE DEFENDANT:  Yes, sir.

1    THE COURT:  And finally, at trial, of course, you would

2    have the right to testify on your own behalf, if you chose to,

3    but no one, not even the Court, could force you to testify to

4    incriminate yourself.  Do you understand that, sir?

5    THE DEFENDANT:  Yes, sir.

6    THE COURT:  So if you plead guilty here this afternoon

7    and I accept your guilty plea, do you understand that means

8    you're waiving or giving up your right to a trial, and you're

9    also waiving or giving up all these other rights that we've just

10    discussed, and as I said, in any event there will be no trial,

11    but instead, I'll simply enter a judgment of guilty based upon

12    your plea and then sentence you at a later date.  Do you

13    understand that, sir?

14    THE DEFENDANT:  Yes, sir.

15    THE COURT:  All right.  Mr. Ard, are you still willing

16    to waive and give up your right to trial by jury or judge?

17    THE DEFENDANT:  Yes, sir.

18    THE COURT:  You've waived the formal reading of the

19    indictment.  I'm not going to read the entire indictment.  I do

20    need to briefly summarize the two counts that you say you wish to

21    plead guilty to.

22    Count 1 charges that you and William Grady

23    knowingly and intentionally combined and conspired with each

24    other and with other persons to distribute and possess with

25    intent to distribute 50 grams or more of cocaine base, also known

1   as *crack cocaine*.

2           Count 3 charges that on or about December 13, 2006,

3   you knowingly possessed and brandished a firearm, a certain Glock

4   model .40 caliber pistol in furtherance of a drug-trafficking

5   crime, all in violation of federal law.

6           Do you understand what it is you are charged with

7   in Counts 1 and 3?

8           THE DEFENDANT:  Yes, sir.

9           THE COURT:  Did you, in fact, do or commit the acts

10  charged in Counts 1 and 3?

11          THE DEFENDANT:  Yes, sir.

12          THE COURT:  If you are convicted on these charges,

13  Mr. Ard -- this would be true whether the conviction results from

14  a guilty plea or from a trial -- I need to advise you as to what

15  the maximum possible penalties are for these two offenses.  As to

16  Count 1, here are the penalties:  At least 10 years in prison and

17  up to life in prison, a fine not to exceed the greater of that

18  authorized in accordance with the provisions of Title 18 or

19  $4 million, up to five years of supervised release, and a $100

20  special assessment.  Do you understand the maximum possible

21  penalties for Count 1?

22          THE DEFENDANT:  Yes, sir.

23          THE COURT:  As to Count 3, the maximum penalties are as

24  follows:  At least seven years and up to life in prison, a fine

25  of up to $250,000, up to five years of supervised release, and a

1   $100 special assessment fee.  Do you understand the maximum

2   penalties for Count 3?

3             THE DEFENDANT:  Yes, sir.

4             THE COURT:  If you'll notice, not only do these two

5   counts carry what are called *maximum penalties* but they carry

6   what are called *mandatory minimum penalties*.  These are laws

7   passed by Congress, which mandates a certain minimum sentence

8   that can be imposed for these offenses.  Count 1 is 10 years.  Do

9   you understand that?

10            THE DEFENDANT:  Yes, sir.

11            THE COURT:  And for Count 3, it's seven years, and that

12  seven years must be served consecutive or following any sentence

13  with Count 1.  Do you understand that?

14            THE DEFENDANT:  Yes, sir.

15            THE COURT:  So the net effect of that is you're facing a

16  mandatory minimum of 17 years in prison.  Do you understand that?

17            THE DEFENDANT:  Yes, sir.

18            THE COURT:  I mentioned the term of supervised release,

19  which would be up to five years as to Count 1 and five years as

20  to Count 2.  That means that when you were released from prison

21  you would be released with conditions imposed.  If you violated

22  any of those conditions during that term, the government might

23  bring you back here to court, ask me to vacate or set aside your

24  release, and return you to prison for that term.  Do you

25  understand that?

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  Do you have any questions at all, Mr. Ard,

3   about the maximum penalties or mandatory minimum penalties or

4   anything else about the possible penalties for these two

5   offenses?

6          THE DEFENDANT:  One question as far as supervised

7   release.  You mentioned the five years.  Does that run together

8   as one five years or is that separate also, meaning a total of

9   ten years?

10         THE COURT:  What I'm telling you now is the maximum.

11   I'm not telling you what's going to happen.  I'm telling you the

12   maximum, the worst case scenario is five years and five years,

13   but ordinarily that runs together.  So basically you're talking

14   about five years.  Okay?

15         THE DEFENDANT:  Yes, sir.

16         THE COURT:  Have you talked to your attorney, Mr. Boyer,

17   about the Federal Sentencing Guidelines and how those might be

18   calculated with respect to your case?

19         THE DEFENDANT:  Yes, sir.

20         THE COURT:  Do you understand that whatever he has told

21   you is based on his judgment or estimate at this time, but it's

22   going to be my job to determine what the guideline range is here

23   for your case?

24         THE DEFENDANT:  Yes, sir.

25         THE COURT:  And once I do that, I have to calculate the

1   guidelines and take them into account.  They are not binding or

2   mandatory.  I could decide for certain reasons to sentence you

3   above or below the guideline range if there are certain factors

4   present that warranted that.  Do you understand that?

5              THE DEFENDANT:  Yes, sir.

6              THE COURT:  Okay.  All right.  Mr. Ard, how do you plead

7   to Count 1 of this three-count indictment?

8              THE DEFENDANT:  Guilty.

9              THE COURT:  And how do you plead to Count 3 of this

10  three-count indictment?

11             THE DEFENDANT:  Guilty.

12             THE COURT:  And are you pleading guilty because you are,

13  in fact, guilty of the crimes charged in these two counts?

14             THE DEFENDANT:  Yes, sir.

15             THE COURT:  Is there a Plea Agreement in this case?

16             MR. LANDRIEU:  Yes, Your Honor, we do have a four-page

17  document that outlines all the aspects of the Plea Agreement.  It

18  outlines the two charges that he is pleading guilty to, the

19  mandatory minimum and the maximum sentences that he is pleading

20  guilty to.

21             It also indicates that the government will agree to

22  dismiss Count 2 of the indictment as it pertains to this

23  defendant, but he understands that the Court is not bound to

24  dismiss the counts.

25             This Plea Agreement also goes on to indicate the

defendant agrees to waive any appeal or postconviction remedies
that he may have concerning his conviction or to his sentence,
except in very limited circumstances.

And it also indicates that the government agrees to
bring to the attention of the Court any cooperation rendered by
the defendant prior to sentencing but that the defendant
understands it's in the sole discretion of the U.S. Attorney's
Office to bring that motion if it feels that it is necessary.

This document is signed by myself, Your Honor, on
behalf of the United States.  Mr. Ard, is that your signature?

THE DEFENDANT:  Yes, sir.

MR. LANDRIEU:  Mr. Boyer?

MR. BOYER:  Yes, that's my signature, Judge.

MR. LANDRIEU:  The government will submit the
Plea Agreement in connection with the plea, Your Honor.

THE COURT:  Mr. Ard, did you read this four-page
Plea Agreement letter?

THE DEFENDANT:  Yes, sir.

THE COURT:  Did you also discuss it with Mr. Boyer?

THE DEFENDANT:  Yes, sir.

THE COURT:  And then you signed it?

THE DEFENDANT:  Yes, sir.

THE COURT:  Do you acknowledge and agree that whatever
is set forth in this document constitutes the entirety of any
agreement between you, your attorney, and the government?

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  In other words, there is nothing that you've

3     been told or believe you've been told verbally or promised

4     verbally that's not set forth in this agreement; is that correct?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  I've already covered a number of things that

7     are in here with you, but I just want to make sure, and

8     Mr. Landrieu alluded to it, but I want to make sure you

9     understand at the bottom of Page 2, it says, "Except as otherwise

10    provided, the defendant hereby expressly waives his rights to

11    appeal from his conviction and/or his sentence."

12              And then it has an exception at the end, the

13    exception being if somehow I would sentence you to a sentence

14    beyond the maximum penalties set by Congress, then, of course, in

15    that event, you reserve the right to appeal, but otherwise,

16    you're waiving any right to appeal the sentence or your

17    conviction.  Do you understand that?

18         THE DEFENDANT:  Yes, sir.

19         THE COURT:  You're also waiving, in the top of Page 3,

20    any right to seek attorney's fees or other litigation expenses

21    under what's called the *Hyde Amendment*, and that is a law passed

22    by Congress which, in some instances, allows a person charged by

23    the government to come back later and sue the government to

24    recover attorney's fees or expenses, court costs and so forth, if

25    they can prove that the government's prosecution was in bad

1   faith.  So you're acknowledging or agreeing that the government's

2   prosecution is not in bad faith.  Do you understand that?

3           THE DEFENDANT:  Yes, sir.

4           THE COURT:  There is a forfeiture provision in here.  Is

5   there anything to forfeit?

6           MR. LANDRIEU:  There is.  There was some money that has

7   been forfeited in connection with the case, and in fact, that the

8   defendant has also signed a consent to forfeit that money as well

9   today.

10          MR. BOYER:  It has already been signed, Judge.

11          THE COURT:  Let me explain briefly then.  On the last

12  page of the Plea Agreement, you agree to forfeit or turn over or

13  give over to the government any monies, any properties, anything

14  you either used to commit this offense or that you gained through

15  commission of the offense.

16          THE DEFENDANT:  Yes, sir.

17          THE COURT:  Mr. Ard, other than what is set forth in

18  that Plea Agreement letter, has anyone made any promises to you

19  that made you decide to come here this afternoon and withdraw

20  your not guilty plea and enter a plea of guilty to Counts 1 and

21  3?

22          THE DEFENDANT:  No, sir.

23          THE COURT:  Has anyone threatened you or forced you in

24  any way to come here and plead guilty?

25          THE DEFENDANT:  No, sir.

1        THE COURT:  Has anyone connected with the government,

2   anyone connected with the law enforcement or anyone else at any

3   time, including your own attorney, at any time made any promise

4   to you as to what your sentence will be in this case?

5        THE DEFENDANT:  No, sir.

6        THE COURT:  Is there a Factual Basis for this plea?

7        MR. LANDRIEU:  Yes, sir.  Your Honor, we do have a

8   Factual Basis.  It is a five-page document that's been signed by

9   me on behalf of the government outlining the facts of the case.

10           Mr. Ard, is that your signature?

11        THE DEFENDANT:  Yes.

12        MR. LANDRIEU:  And, Mr. Boyer, is that your signature?

13        MR. BOYER:  Yes.

14        MR. LANDRIEU:  I submit this document as the Factual

15   Basis.

16        THE COURT:  Is this identical to the draft previously

17   furnished to the Court?

18        MR. BOYER:  Yes.

19        MR. LANDRIEU:  Yes, sir.

20        THE COURT:  Mr. Ard, did you read this

21   four-and-a-half-page Factual Basis statement?

22        THE DEFENDANT:  Yes, sir.

23        THE COURT:  Did you also discuss it with your attorney?

24        THE DEFENDANT:  Yes.

25        THE COURT:  And then you signed it?

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  Do you understand that this is a summary of

3    what the government's evidence against you would be in this case

4    if your case went to trial?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  And do you acknowledge and admit that what's

7    set forth in here is what you did in this particular case?

8          THE DEFENDANT:  Yes, sir.

9          THE COURT:  All right.  Mr. Ard, because I find that

10   your plea is knowledgeable, voluntary, and has a basis in fact

11   containing all of the elements of the crimes charged in each of

12   Counts 1 and 3, I hereby accept your guilty pleas and the

13   accompanying Plea Agreements for those two counts and enter a

14   judgment of guilty in accordance therewith.

15          I'm now going to order what's called a *pre-sentence*

16   *investigation*.  That means that someone from our federal

17   probation office will seek permission through your attorney to

18   meet with you.  They will take whatever information they might be

19   able to obtain from you and from other sources and put that all

20   in the form of a written report to the court.  They will send a

21   copy to the court, of course, and to your attorney.  You'll have

22   a chance to meet with him and read the report and discuss it with

23   him and file through your attorney any objections, any response

24   that you or your attorney care to make before the date of your

25   sentencing, which will occur on August 15, 2007, at 1:30 p.m.

1           MR. LANDRIEU:  Thank you, Judge.

2           MR. BOYER:  Thank you, Judge.

3           THE COURT:  The defendant is remanded pending his

4  sentencing.

5           MR. BOYER:  Thank you, Your Honor.

6           (WHEREUPON, at 1:51 p.m. the proceedings were

7  concluded.)

8                          *    *    *

9

10

11                     REPORTER'S CERTIFICATE

12

13     I, Cathy Pepper, Certified Realtime Reporter, Registered

14  Professional Reporter, Certified Court Reporter, Official Court

15  Reporter, United States District Court, Eastern District of

16  Louisiana, do hereby certify that the foregoing is a true and

17  correct transcript, to the best of my ability and understanding,

18  from the record of the proceedings in the above-entitled and

19  numbered matter.

20

21

22                       _____

23                       Cathy Pepper, CCR, RPR, CRR

24                       Official Court Reporter

25                       United States District Court

## $

**$100** [2] - 8:19, 9:1
**$250,000** [1] - 8:25

## 0

**07-8** [2] - 1:5, 2:9

## 1

**1** [12] - 3:4, 7:22, 8:7, 8:10, 8:16, 8:21, 9:8, 9:13, 9:19, 11:7, 14:20, 16:12
**10** [2] - 8:16, 9:8
**12** [1] - 5:19
**13** [1] - 8:2
**15** [1] - 16:25
**16** [2] - 1:6, 2:2
**17** [1] - 9:16
**18** [1] - 8:18
**1:30** [2] - 1:6, 16:25
**1:51** [1] - 17:6

## 2

**2** [3] - 9:20, 11:22, 13:9
**2006** [1] - 8:2
**2007** [3] - 1:6, 2:2, 16:25
**210** [1] - 1:16
**24** [1] - 4:7

## 3

**3** [11] - 3:4, 8:2, 8:7, 8:10, 8:23, 9:2, 9:11, 11:9, 13:19, 14:21, 16:12
**35** [2] - 3:25, 4:1

## 4

**4** [1] - 8:19
**40** [1] - 8:4
**419** [1] - 1:19

## 5

**50** [1] - 7:25
**500** [2] - 1:16, 1:22
**504** [1] - 1:23
**589-7779** [1] - 1:23

## 7

**70112** [1] - 1:19
**70130** [2] - 1:16, 1:23

## 8

**810** [1] - 1:19

## A

**ability** [1] - 17:17
**able** [2] - 6:16, 16:19
**above-entitled** [1] - 17:18
**accept** [4] - 3:8, 5:13, 7:7, 16:12
**accompanying** [1] - 16:13
**accordance** [2] - 8:18, 16:14
**account** [1] - 11:1
**accurate** [1] - 3:5
**acknowledge** [2] - 12:23, 16:6
**acknowledging** [1] - 14:1
**Action** [1] - 2:9
**acts** [1] - 8:9
**additional** [1] - 3:21
**admit** [1] - 16:6
**advise** [1] - 8:14
**afford** [1] - 6:4
**afternoon** [7] - 2:7, 2:11, 2:19, 3:4, 4:17, 7:6, 14:19
**agree** [4] - 5:19, 11:21, 12:23, 14:12
**agreeing** [1] - 14:1
**Agreement** [7] - 11:15, 11:17, 11:25, 12:15, 12:17, 14:12, 14:18
**agreement** [2] - 12:25, 13:4
**Agreements** [1] - 16:13
**agrees** [2] - 12:1, 12:4
**AL** [1] - 1:7
**alcoholic** [1] - 4:7
**allows** [1] - 13:22
**alluded** [1] - 13:8
**Amendment** [1] - 13:21
**America** [1] - 2:10
**AMERICA** [1] - 1:4
**answers** [3] - 2:19, 3:19, 3:20
**appeal** [4] - 12:1, 13:11, 13:15, 13:16
**APPEARANCES** [1] - 1:13
**appointed** [1] - 6:3
**Ard** [16] - 2:10, 2:12, 2:15, 2:25, 4:19, 5:5,

**7:15**, 8:13, 10:2, 11:6, 12:10, 12:16, 14:17, 15:10, 15:20, 16:9
**ARD** [1] - 1:7
**aside** [1] - 9:23
**aspects** [1] - 11:17
**assessment** [2] - 8:20, 9:1
**AT** [1] - 1:18
**attention** [1] - 12:5
**attorney** [15] - 3:14, 3:15, 4:21, 4:24, 6:1, 6:2, 6:11, 10:16, 12:25, 15:3, 15:23, 16:17, 16:21, 16:23, 16:24
**ATTORNEY** [1] - 1:18
**Attorney's** [1] - 12:7
**ATTORNEY'S** [1] - 1:15
**attorney's** [2] - 13:20, 13:24
**August** [1] - 16:25
**authorized** [1] - 8:18

## B

**B406** [1] - 1:22
**bad** [2] - 13:25, 14:2
**BARBIER** [1] - 1:10
**base** [1] - 7:25
**based** [2] - 7:11, 10:21
**Basis** [4] - 15:6, 15:8, 15:15, 15:21
**basis** [1] - 16:10
**BEFORE** [1] - 1:10
**behalf** [6] - 2:12, 2:13, 6:24, 7:2, 12:10, 15:9
**below** [1] - 11:3
**best** [1] - 17:17
**between** [1] - 12:25
**beverages** [1] - 4:7
**beyond** [2] - 6:17, 13:14
**BIENVILLE** [1] - 1:19
**binding** [1] - 11:1
**bottom** [1] - 13:9
**bound** [1] - 11:23
**Boyer** [6] - 2:11, 4:12, 10:16, 12:12, 12:19, 15:12
**BOYER** [11] - 1:18, 2:11, 4:15, 4:18, 5:3, 12:13, 14:10, 15:13, 15:18, 17:2, 17:5
**brandished** [1] - 8:3
**briefly** [2] - 7:20, 14:11

**bring** [3] - 9:23, 12:5, 12:8
**BY** [3] - 1:15, 1:24, 1:25

## C

**calculate** [1] - 10:25
**calculated** [1] - 10:18
**caliber** [1] - 8:4
**CALLED** [1] - 2:4
**care** [2] - 4:9, 16:24
**CARL** [1] - 1:10
**carry** [1] - 9:5
**case** [15] - 2:16, 2:20, 4:20, 5:9, 10:12, 10:18, 10:23, 11:15, 14:7, 15:4, 15:9, 16:3, 16:4, 16:7
**CATHY** [1] - 1:22
**Cathy** [2] - 17:13, 17:23
**CCR** [2] - 1:22, 17:23
**certain** [4] - 8:3, 9:7, 11:2, 11:3
**CERTIFICATE** [1] - 17:11
**Certified** [2] - 17:13, 17:14
**certify** [1] - 17:16
**chance** [2] - 3:16, 16:22
**charged** [5] - 8:6, 8:10, 11:13, 13:22, 16:11
**charges** [7] - 3:1, 3:22, 4:13, 7:22, 8:2, 8:12, 11:18
**chose** [1] - 7:2
**circumstances** [1] - 12:3
**CLERK** [3] - 2:6, 2:9, 2:22
**Clerk** [1] - 2:24
**client** [1] - 4:13
**cocaine** [2] - 7:25, 8:1
**college** [1] - 4:2
**combined** [1] - 7:23
**commission** [1] - 14:15
**commit** [2] - 8:9, 14:14
**competency** [1] - 4:16
**compulsory** [1] - 6:21
**COMPUTER** [1] - 1:25
**concerning** [1] - 12:2
**concluded** [1] - 17:7
**conditions** [2] - 9:21, 9:22
**confront** [1] - 6:10

**Congress** [3] - 9:7, 13:14, 13:22
**connected** [2] - 15:1, 15:2
**connection** [2] - 12:15, 14:7
**consecutive** [1] - 9:12
**consent** [1] - 14:8
**conspired** [1] - 7:23
**constitutes** [1] - 12:24
**constitutional** [1] - 5:22
**containing** [2] - 3:1, 16:11
**convicted** [1] - 8:12
**conviction** [5] - 6:11, 8:13, 12:2, 13:11, 13:17
**cooperation** [1] - 12:5
**copy** [2] - 3:1, 16:21
**correct** [2] - 13:4, 17:17
**cost** [1] - 6:22
**costs** [1] - 13:24
**count** [2] - 11:7, 11:10
**Count** [14] - 7:22, 8:2, 8:16, 8:21, 8:23, 9:2, 9:8, 9:11, 9:13, 9:19, 9:20, 11:7, 11:9, 11:22
**Counts** [5] - 3:4, 8:7, 8:10, 14:20, 16:12
**counts** [5] - 7:20, 9:5, 11:13, 11:24, 16:13
**course** [6] - 3:14, 5:25, 6:2, 7:1, 13:14, 16:21
**Court** [11] - 6:3, 6:22, 7:3, 11:23, 12:5, 15:17, 17:14, 17:15, 17:24, 17:25
**COURT** [71] - 1:1, 1:22, 2:4, 2:7, 2:15, 2:18, 2:25, 3:3, 3:7, 3:13, 3:18, 3:24, 4:1, 4:3, 4:6, 4:9, 4:12, 4:16, 4:19, 4:23, 5:1, 5:5, 5:8, 5:12, 5:17, 5:22, 6:6, 6:9, 6:15, 6:20, 7:1, 7:6, 7:15, 7:18, 8:9, 8:12, 8:23, 9:4, 9:11, 9:15, 9:18, 10:2, 10:10, 10:16, 10:20, 10:25, 11:6, 11:9, 11:12, 11:15, 12:16, 12:19, 12:21, 12:23, 13:2, 13:6, 13:19, 14:4, 14:11, 14:17, 14:23, 15:1, 15:6, 15:16, 15:20,

15:23, 15:25, 16:2, 16:6, 16:9, 17:3
**court** [6] - 3:19, 6:23, 9:23, 13:24, 16:20, 16:21
**covered** [1] - 13:6
**crack** [1] - 8:1
**crime** [1] - 8:5
**crimes** [2] - 11:13, 16:11
**Criminal** [1] - 2:9
**cross** [1] - 6:12
**cross-examine** [1] - 6:12
**CRR** [2] - 1:22, 17:23

## D

**date** [3] - 3:21, 7:12, 16:24
**December** [1] - 8:2
**decide** [3] - 3:7, 11:2, 14:19
**defendant** [9] - 2:15, 2:23, 11:23, 12:1, 12:6, 13:10, 14:8, 17:3
**DEFENDANT** [60] - 1:18, 2:17, 3:2, 3:6, 3:12, 3:17, 3:23, 3:25, 4:2, 4:5, 4:8, 4:11, 4:22, 4:25, 5:7, 5:11, 5:16, 5:21, 6:5, 6:8, 6:14, 6:19, 6:25, 7:5, 7:14, 7:17, 8:8, 8:11, 8:22, 9:3, 9:10, 9:14, 9:17, 10:1, 10:6, 10:15, 10:19, 10:24, 11:5, 11:8, 11:11, 11:14, 12:11, 12:18, 12:20, 12:22, 13:1, 13:5, 13:18, 14:3, 14:16, 14:22, 14:25, 15:5, 15:11, 15:22, 15:24, 16:1, 16:5, 16:8
**defense** [1] - 5:1
**defenses** [2] - 4:14, 4:20
**DEPUTY** [3] - 2:6, 2:9, 2:22
**Deputy** [1] - 2:24
**determine** [1] - 10:22
**discretion** [1] - 12:7
**discuss** [5] - 4:13, 4:20, 12:19, 15:23, 16:22
**discussed** [1] - 7:10
**dismiss** [2] - 11:22, 11:24

**distribute** [2] - 7:24, 7:25
**District** [3] - 17:15, 17:25
**DISTRICT** [3] - 1:1, 1:2, 1:11
**DOCKET** [1] - 1:5
**doctor** [1] - 4:9
**document** [5] - 11:17, 12:9, 12:24, 15:8, 15:14
**doubt** [1] - 6:18
**draft** [1] - 15:16
**drink** [1] - 4:7
**drug** [1] - 8:4
**drug-trafficking** [1] - 8:4
**drugs** [1] - 4:6
**duly** [1] - 2:23
**during** [1] - 9:22

## E

**Eastern** [1] - 17:15
**EASTERN** [1] - 1:2
**effect** [1] - 9:15
**either** [2] - 6:2, 14:14
**elements** [1] - 16:11
**end** [1] - 13:12
**enforcement** [1] - 15:2
**English** [1] - 4:4
**enter** [3] - 7:11, 14:20, 16:13
**entire** [1] - 7:19
**entirety** [1] - 12:24
**entitled** [3] - 5:14, 6:20, 17:18
**ESQUIRE** [1] - 1:15
**estimate** [1] - 10:21
**ET** [1] - 1:7
**event** [2] - 7:10, 13:15
**evidence** [3] - 6:10, 6:12, 16:3
**examine** [1] - 6:12
**exceed** [1] - 8:17
**except** [1] - 12:3
**Except** [1] - 13:9
**exception** [2] - 13:12, 13:13
**expenses** [2] - 13:20, 13:24
**explain** [2] - 5:22, 14:11
**expressly** [1] - 13:10

## F

**facing** [1] - 9:15
**fact** [4] - 8:9, 11:13,

14:7, 16:10
**factors** [1] - 11:3
**facts** [1] - 15:9
**Factual** [4] - 15:6, 15:8, 15:14, 15:21
**faith** [1] - 14:1, 14:2
**false** [1] - 3:22
**far** [2] - 4:1, 10:6
**Federal** [1] - 10:17
**federal** [2] - 8:5, 16:16
**fee** [1] - 9:1
**fees** [2] - 13:20, 13:24
**file** [2] - 3:21, 16:23
**finally** [1] - 7:1
**fine** [2] - 8:17, 8:24
**firearm** [1] - 8:3
**first** [2] - 2:8, 2:23
**five** [10] - 8:19, 8:25, 9:19, 10:7, 10:8, 10:12, 10:14, 15:8
**five-page** [1] - 15:8
**following** [1] - 9:12
**follows** [2] - 2:24, 8:24
**FOR** [2] - 1:15, 1:18
**force** [1] - 7:3
**forced** [1] - 14:23
**foregoing** [1] - 17:16
**forfeit** [3] - 14:5, 14:8, 14:12
**forfeited** [1] - 14:7
**forfeiture** [1] - 14:4
**form** [1] - 16:20
**formal** [2] - 5:3, 7:18
**formally** [1] - 5:2
**forth** [5] - 12:24, 13:4, 13:24, 14:17, 16:7
**four** [3] - 11:16, 12:16, 15:21
**Four** [1] - 4:2
**four-and-a-half-page** [1] - 15:21
**four-page** [2] - 11:16, 12:16
**fully** [1] - 4:20
**furnished** [1] - 15:17
**furtherance** [1] - 8:4

## G

**gained** [1] - 14:14
**Glock** [1] - 8:3
**government** [14] - 3:21, 5:14, 6:9, 6:16, 9:22, 11:21, 12:4, 12:14, 12:25, 13:23, 14:13, 16:1, 15:9
**government's** [3] - 13:25, 14:1, 16:3
**Grady** [1] - 7:22
**grams** [1] - 7:25

**greater** [1] - 8:17
**guideline** [2] - 10:22, 11:3
**Guidelines** [1] - 10:17
**guidelines** [1] - 11:1
**guilt** [1] - 6:17
**guilty** [22] - 3:4, 5:6, 5:9, 5:13, 5:15, 5:17, 5:20, 5:24, 7:6, 7:7, 7:11, 7:21, 8:14, 11:12, 11:13, 11:18, 11:20, 14:20, 14:24, 16:12, 16:14
**Guilty** [2] - 11:8, 11:11

## H

**half** [1] - 15:21
**hand** [1] - 2:22
**HARRY** [1] - 1:18
**Harry** [1] - 2:11
**HEARD** [1] - 1:10
**hereby** [3] - 13:10, 16:12, 17:16
**Honor** [8] - 2:11, 2:14, 4:15, 11:16, 12:9, 12:15, 15:7, 17:5
**HONORABLE** [1] - 1:10
**hours** [1] - 4:7
**Hyde** [1] - 13:21

## I

**identical** [1] - 15:16
**important** [1] - 3:20
**imposed** [2] - 9:8, 9:21
**including** [2] - 6:1, 15:3
**incriminate** [1] - 7:4
**indicate** [1] - 11:25
**indicates** [2] - 11:21, 12:4
**indictment** [8] - 3:1, 3:5, 5:2, 7:19, 11:7, 11:10, 11:22
**information** [1] - 16:18
**innocent** [1] - 6:16
**instances** [1] - 13:22
**instead** [1] - 7:11
**intent** [1] - 7:25
**intentionally** [1] - 7:23
**investigation** [1] - 16:16

## J

**job** [1] - 10:22

**JR** [2] - 1:7, 1:18
**Judge** [4] - 12:13, 14:10, 17:1, 17:2
**judge** [1] - 7:16
**JUDGE** [1] - 1:11
**judgment** [2] - 7:11, 10:21, 16:14
**jury** [2] - 5:19, 7:16

## K

**kind** [1] - 5:14
**knowingly** [2] - 7:23, 8:3
**knowledgeable** [1] - 16:10
**known** [1] - 7:25

## L

**LA** [2] - 1:16, 1:19
**Landrieu** [2] - 2:13, 13:8
**LANDRIEU** [11] - 1:15, 2:13, 11:16, 12:12, 12:14, 14:6, 15:7, 15:12, 15:14, 15:19, 17:1
**language** [1] - 4:4
**last** [1] - 14:11
**law** [3] - 8:5, 13:21, 15:2
**LAW** [1] - 1:18
**laws** [1] - 9:6
**least** [2] - 8:16, 8:24
**letter** [2] - 12:17, 14:18
**life** [2] - 8:17, 8:24
**limited** [1] - 12:3
**litigation** [1] - 13:20
**Louisiana** [1] - 17:16
**LOUISIANA** [3] - 1:2, 1:6, 1:23

## M

**maintain** [1] - 5:9
**manager** [1] - 2:20
**mandates** [1] - 9:7
**mandatory** [5] - 9:6, 9:16, 10:3, 11:2, 11:19
**matter** [2] - 2:8, 17:19
**MAURICE** [1] - 1:15
**Maurice** [1] - 2:13
**maximum** [10] - 8:15, 8:20, 8:23, 9:1, 9:5, 10:3, 10:10, 10:12, 11:19, 13:14
**MAY** [2] - 1:6, 2:2

**mean** [1] - 5:18
**meaning** [1] - 10:8
**means** [5] - 5:13, 6:22, 7:7, 9:20, 16:16
**MECHANICAL** [1] - 1:24
**medicines** [1] - 4:6
**meet** [2] - 16:18, 16:22
**mentioned** [2] - 9:18, 10:7
**might** [3] - 9:22, 10:17, 16:18
**million** [1] - 8:19
**minimum** [5] - 9:6, 9:7, 9:16, 10:3, 11:19
**model** [1] - 8:4
**moment** [1] - 3:14
**money** [2] - 14:6, 14:8
**monies** [1] - 14:13
**motion** [1] - 12:8
**MR** [20] - 2:11, 2:13, 4:15, 4:18, 5:3, 11:16, 12:12, 12:13, 12:14, 14:6, 14:10, 15:7, 15:12, 15:13, 15:14, 15:18, 15:19, 17:1, 17:2, 17:5
**must** [2] - 2:19, 9:12

## N

**narcotic** [1] - 4:6
**nature** [1] - 4:13
**necessary** [1] - 12:8
**need** [5] - 2:18, 3:8, 3:14, 7:20, 8:14
**net** [1] - 9:15
**NEW** [4] - 1:6, 1:16, 1:19, 1:23
**NO** [1] - 1:5
**not-guilty** [1] - 5:9
**nothing** [1] - 13:2
**notice** [1] - 9:4
**number** [1] - 13:6
**numbered** [1] - 17:19

## O

**oath** [3] - 2:20, 2:24, 3:19
**objections** [1] - 16:23
**obtain** [2] - 6:11, 16:19
**obviously** [1] - 4:3
**occur** [1] - 16:25
**OF** [3] - 1:2, 1:4, 1:10
**offense** [2] - 14:14, 14:15
**offenses** [3] - 8:15,

9:8, 10:5
**Office** [1] - 12:8
**OFFICE** [1] - 1:15
**office** [1] - 16:17
**Official** [2] - 17:14, 17:24
**OFFICIAL** [1] - 1:22
**old** [1] - 3:24
**once** [1] - 10:25
**One** [1] - 10:6
**one** [3] - 6:4, 7:3, 10:8
**open** [1] - 3:19
**order** [1] - 16:15
**ORDER** [1] - 2:4
**ordinarily** [1] - 10:13
**ORLEANS** [4] - 1:6, 1:16, 1:19, 1:23
**otherwise** [3] - 3:20, 13:9, 13:15
**outlines** [1] - 11:17, 11:18
**outlining** [1] - 15:9
**overcome** [1] - 6:17
**own** [2] - 7:2, 15:3

## P

**P.M** [1] - 1:6
**p.m** [2] - 16:25, 17:6
**Page** [2] - 13:9, 13:19
**page** [5] - 11:16, 12:16, 14:12, 15:8, 15:21
**paid** [1] - 6:3
**particular** [1] - 16:7
**passed** [2] - 9:7, 13:21
**past** [1] - 4:7
**penalties** [11] - 8:15, 8:16, 8:21, 8:23, 9:2, 9:5, 9:6, 10:3, 10:4, 13:14
**pending** [1] - 17:3
**PEPPER** [1] - 1:22
**Pepper** [2] - 17:13, 17:23
**perjury** [1] - 3:22
**permission** [1] - 16:17
**person** [1] - 13:22
**persons** [3] - 5:19, 6:23, 7:24
**perspective** [1] - 4:20
**pertains** [1] - 11:22
**physician** [1] - 4:10
**pills** [1] - 4:7
**pistol** [1] - 8:4
**PLAINTIFF** [1] - 1:15
**plea** [11] - 3:8, 5:9, 5:13, 7:7, 7:12, 8:14, 12:15, 14:20, 15:6, 16:10

**Plea** [8] - 11:15, 11:17, 11:25, 12:15, 12:17, 14:12, 14:18, 16:13
**plead** [10] - 3:4, 4:17, 5:6, 5:12, 5:24, 7:6, 7:21, 11:6, 11:9, 14:24
**pleading** [4] - 5:17, 11:12, 11:18, 11:19
**pleas** [1] - 16:12
**possess** [1] - 7:24
**possessed** [1] - 8:3
**possible** [5] - 4:14, 4:20, 8:15, 8:20, 10:4
**postconviction** [1] - 12:1
**POYDRAS** [2] - 1:16, 1:22
**pre** [1] - 16:15
**pre-sentence** [1] - 16:15
**present** [1] - 11:4
**presumed** [1] - 6:15
**presumption** [1] - 6:17
**previously** [1] - 15:16
**prison** [6] - 8:16, 8:17, 8:24, 9:16, 9:20, 9:24
**privately** [1] - 6:2
**probation** [1] - 16:17
**proceed** [1] - 5:10
**PROCEEDINGS** [3] - 1:10, 1:24, 2:1
**proceedings** [3] - 6:1, 17:6, 17:18
**process** [1] - 6:21
**PRODUCED** [1] - 1:25
**Professional** [1] - 17:14
**promise** [1] - 15:3
**promised** [1] - 13:3
**promises** [1] - 14:18
**properties** [1] - 14:13
**prosecution** [2] - 13:25, 14:2
**prove** [3] - 5:15, 6:17, 13:25
**provided** [1] - 13:10
**provision** [1] - 14:4
**provisions** [1] - 8:18
**put** [1] - 16:19

## Q

**questions** [5] - 2:19, 3:8, 3:9, 3:15, 10:2

## R

**raise** [1] - 2:22
**range** [2] - 10:22, 11:3
**read** [7] - 4:3, 5:2, 5:4, 7:19, 12:16, 15:20, 16:22
**reading** [2] - 5:3, 7:18
**Realtime** [1] - 17:13
**reason** [1] - 4:10
**reasonable** [1] - 6:18
**reasons** [1] - 11:2
**received** [1] - 2:25
**record** [1] - 17:18
**RECORDED** [1] - 1:24
**recover** [1] - 13:24
**Registered** [1] - 17:13
**release** [5] - 8:19, 8:25, 9:18, 9:24, 10:7
**released** [2] - 9:20, 9:21
**relies** [1] - 6:10
**remain** [1] - 6:6
**remanded** [1] - 17:3
**remedies** [1] - 12:1
**rendered** [1] - 12:5
**rephrase** [1] - 3:10
**report** [2] - 16:20, 16:22
**REPORTER** [1] - 1:22
**Reporter** [5] - 17:13, 17:14, 17:15, 17:24
**REPORTER'S** [1] - 17:11
**represented** [2] - 3:13, 5:25
**require** [1] - 6:23
**required** [2] - 5:15, 6:9
**reserve** [1] - 13:15
**respect** [1] - 10:18
**response** [1] - 16:23
**restate** [1] - 3:10
**results** [1] - 8:13
**retained** [1] - 6:2
**return** [1] - 9:24
**rights** [3] - 5:23, 7:9, 13:10
**rise** [1] - 2:6
**ROOM** [2] - 1:16, 1:22
**RPR** [2] - 1:22, 17:23
**run** [1] - 10:7
**runs** [1] - 10:13

## S

**satisfied** [3] - 4:16, 4:18, 4:23
**scenario** [1] - 10:12
**school** [1] - 4:1

**seated** [1] - 2:7
**seek** [2] - 13:20, 16:17
**send** [2] - 6:22, 16:20
**sentence** [11] - 7:12, 9:7, 9:12, 11:2, 12:2, 13:11, 13:13, 13:16, 15:4, 16:15
**sentences** [1] - 11:19
**Sentencing** [1] - 10:17
**sentencing** [3] - 12:6, 16:25, 17:4
**separate** [1] - 10:8
**series** [2] - 2:19, 3:8
**served** [1] - 9:12
**services** [1] - 4:23
**set** [6] - 9:23, 12:24, 13:4, 13:14, 14:17, 16:7
**seven** [3] - 8:24, 9:11, 9:12
**several** [1] - 5:4
**signature** [4] - 12:10, 12:13, 15:10, 15:12
**signed** [6] - 12:9, 12:21, 14:8, 14:10, 15:8, 15:25
**silent** [1] - 6:6
**simply** [1] - 7:11
**sole** [1] - 12:7
**someone** [1] - 16:16
**sources** [1] - 16:19
**special** [2] - 8:20, 9:1
**statement** [1] - 15:21
**statements** [1] - 3:22
**STATES** [3] - 1:1, 1:4, 1:11
**States** [5] - 2:9, 2:14, 12:10, 17:15, 17:25
**STENOGRAPHY** [1] - 1:24
**still** [1] - 7:15
**stop** [1] - 3:9
**STREET** [3] - 1:16, 1:19, 1:22
**submit** [2] - 12:14, 15:14
**subpoenas** [1] - 6:23
**sue** [1] - 13:23
**SUITE** [1] - 1:19
**summarize** [1] - 7:20
**summary** [1] - 16:2
**supervised** [4] - 8:19, 8:25, 9:18, 10:6
**swear** [1] - 2:20
**sworn** [1] - 2:23

## T

**ten** [1] - 10:9
**term** [3] - 9:18, 9:22,

9:24
**testified** [1] - 2:24
**testify** [2] - 7:2, 7:3
**THE** [133] - 1:10, 1:15,
1:18, 2:6, 2:7, 2:9,
2:15, 2:17, 2:18,
2:22, 2:25, 3:2, 3:3,
3:6, 3:7, 3:12, 3:13,
3:17, 3:18, 3:23,
3:24, 3:25, 4:1, 4:2,
4:3, 4:5, 4:6, 4:8,
4:9, 4:11, 4:12, 4:16,
4:19, 4:22, 4:23,
4:25, 5:1, 5:5, 5:7,
5:8, 5:11, 5:12, 5:16,
5:17, 5:21, 5:22, 6:5,
6:6, 6:8, 6:9, 6:14,
6:15, 6:19, 6:20,
6:25, 7:1, 7:5, 7:6,
7:14, 7:15, 7:17,
7:18, 8:8, 8:9, 8:11,
8:12, 8:22, 8:23, 9:3,
9:4, 9:10, 9:11, 9:14,
9:15, 9:17, 9:18,
10:1, 10:2, 10:6,
10:10, 10:15, 10:16,
10:19, 10:20, 10:24,
10:25, 11:5, 11:6,
11:8, 11:9, 11:11,
11:12, 11:14, 11:15,
12:11, 12:16, 12:18,
12:19, 12:20, 12:21,
12:22, 12:23, 13:1,
13:2, 13:5, 13:6,
13:18, 13:19, 14:3,
14:4, 14:11, 14:16,
14:17, 14:22, 14:23,
14:25, 15:1, 15:5,
15:6, 15:11, 15:16,
15:20, 15:22, 15:23,
15:24, 15:25, 16:1,
16:2, 16:5, 16:6,
16:8, 16:9, 17:3
**therewith** [1] - 16:14
**threatened** [1] - 14:23
**three** [2] - 11:7, 11:10
**three-count** [2] - 11:7,
11:10
**throughout** [1] - 6:1
**Title** [1] - 8:18
**TO** [1] - 2:4
**today** [3] - 3:14, 5:6,
14:9
**together** [2] - 10:7,
10:13
**top** [1] - 13:19
**total** [1] - 10:8
**trafficking** [1] - 8:4
**TRANSCRIPT** [2] -
1:10, 1:24

**transcript** [1] - 17:17
**trial** [15] - 5:10, 5:14,
5:18, 5:23, 6:1, 6:9,
6:15, 6:20, 7:1, 7:8,
7:10, 7:16, 8:14,
16:4
**true** [2] - 8:13, 17:16
**truthful** [1] - 3:20
**try** [1] - 3:10
**turn** [1] - 14:12
**two** [7] - 7:20, 8:15,
9:4, 10:4, 11:13,
11:18, 16:13

## U

**U.S** [1] - 12:7
**unanimously** [1] -
5:19
**under** [4] - 2:20, 3:19,
4:9, 13:21
**UNITED** [3] - 1:1, 1:4,
1:11
**United** [5] - 2:9, 2:14,
12:10, 17:15, 17:25
**up** [11] - 5:18, 5:24,
7:8, 7:9, 7:16, 8:17,
8:19, 8:24, 8:25,
9:19

## V

**vacate** [1] - 9:23
**verbally** [2] - 13:3,
13:4
**versus** [1] - 2:10
**violated** [1] - 9:21
**violation** [1] - 8:5
**Virgil** [2] - 2:10, 2:15
**VIRGIL** [1] - 1:7
**voluntary** [1] - 16:10

## W

**waive** [3] - 5:3, 7:16,
12:1
**waived** [1] - 7:18
**waives** [1] - 13:10
**waiving** [5] - 5:17, 7:8,
7:9, 13:16, 13:19
**warranted** [1] - 11:4
**WEDNESDAY** [2] -
1:6, 2:2
**WHEREUPON** [2] -
2:23, 17:6
**William** [1] - 7:22
**willing** [1] - 7:15
**wish** [3] - 3:4, 5:1,
7:20
**withdraw** [1] - 14:19

**witnesses** [3] - 6:10,
6:12, 6:21
**words** [2] - 5:8, 13:2
**worst** [1] - 10:12
**write** [1] - 4:3
**written** [1] - 16:20

## Y

**years** [17] - 4:2, 8:16,
8:19, 8:24, 8:25, 9:8,
9:11, 9:12, 9:16,
9:19, 10:7, 10:8,
10:9, 10:12, 10:14
**yourself** [2] - 6:3, 7:4