UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | | CASE NO. 07-008 |
| VIRGIL ARD, JR. | * | USM NO. 30032-034 |

Date of Previous Judgment: 11/14/2007          Defendant's Attorney: Arthur A. Lemann

## ORDER FOR SENTENCE REDUCTION
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed:  Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:
☒ GRANTED and the defendant's previously imposed sentence of imprisonment of 120 months as to count(s) 1 is reduced to 60 months.
☐ DEFERRED pending supplemental briefing and/or a hearing.
☐ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is 144 months.

The defendant's term of supervised release**:**
☐ REMAINS as previously ordered.
☒ is REDUCED to 4 years as to count 1.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

| | |
|---|---|
| Prior Statutory Minimum: 120 months | Amended Statutory Minimum: 60 months |
| Prior Guideline Range: 70-87 months | Amended Guideline Range: 46-57 months |
| Prior Sentence: 204 months | Amended Sentence: 144 months |
| Prior Supervised Release: 5 years | Amended Supervised Release: 4 years |

Comments (if applicable):

Defendant is eligible for a Sentence Reduction under Section 404 of the First Step Act. The Government does not oppose a sentence within the amended Guideline range. A federal public defender will not be appointed because Defendant is represented by private counsel.

Except as provided above, all provisions of the judgment dated 11/14/2007 shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

April 1, 2019                                              _____
ORDER DATE                                          UNITED STATES DISTRICT JUDGE